George F. Smith, Jr., Respondent, v. Isaac Davega, Jr., Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

Henry McNabb and Charles McNabb, Respondents, v. Rebecca Meryash and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Order filed.

Gilbert Ray Hawes, Respondent, v. Corporation Liquidating Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Order filed.

The Sloss Iron and Steel Company, Appellant, v. Jackson Architectural Iron Works, Respondent.— Order affirmed, with costs. No opinion. Order filed.

Frank C. Gruen, Appellant, v. The Trustees of the Peabody Education Fund, Respondent, Impleaded with Another.— Order and judgment affirmed, with costs. No opinion. Order filed.

Simon Rawitser and Herman Rawitser, Respondents, v. The Beckman Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Order filed.

The People of the State of New York, Respondent, v. Gaetano Gianvecchio, Appellant.— Judgment affirmed. No opinion. Order filed.

Julian Benedict, Appellant, v. Louis Pincus and Alexander Pincus, Respondents.— Judgment affirmed, with costs. No opinion. Order filed.

Sidonia Feltenstein, Appellant, v. Moritz L. Ernst and Carl Ernst, Respondents.— Determination affirmed and judgment absolute directed in favor of defendants, with costs. No opinion. Order filed. O'Brien, P. J., dissenting.

Nellie Kearney, Appellant, v. New York City Railway Company, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Michael Garrett, Respondent, v. John F. Cockerill, Doing Business under the Firm Name and Style of T. Cockerill & Son, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Application of the City of New York, Appellant, Acting by and through the Board of Docks, Relative to Acquiring Right and Title to and Possession of the Wharfage Rights, etc., Appurtenant to Pier Old No. 15, East River, Not Now Owned by the City of New York, etc. August Newbold Morris, as Trustee of Eleanor C. Morris, and Others, Respondents.— Order affirmed, with costs and disbursements, on opinion on former appeal (95 App. Div. 501). McLaughlin, J., dissenting on dissenting opinion on that appeal. Order filed.

Margaret Peters, Appellant, Respondent, v. Mary Kelly, Respondent, Appellant. — Order modified by striking out the condition therein contained, and as modified affirmed, with ten dollars costs and disbursements to the defendant. No opinion. Order filed.

James E. Taylor, Respondent, v. W. David Brown and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

James E. Taylor, Respondent, v. W. David Brown and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Margaret Peter, as Administratrix, Respondent, v. John Matthews, Incorporated, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Thomas F. Sykes, Respondent, v. J. Walter Thompson Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Samuel Steinfeld and Leo Steinfeld, Appellants, v. George D. Lincoln and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Thomas F. Farrell, Respondent, v. Georgie Ella Gaskill, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Najeeb M. Diab, Appellant, v. Anees A. Shibley and Others, Impleaded with Anton A. Lutfy and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.